Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Columbia
Civil Division

Marcus Gaskins

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Anne Arundel County Government Directors:
1.) Office of Planning & Zoning (Phil Hager),
2.) Dept. of Inspections and Permits (Gregorio Africa), and 3.) Office of Personnel (Sherri Dickerson)

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case: 1:19-cv-02313
Assigned To : Sullivan, Emmet G.
Assign. Date : 7/29/2019
Description: Employ. Discrim. (H-DECK)

Jury Trial: (check one)   ☐ Yes   ☒ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.  **The Parties to This Complaint**

  A.  **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  | | |
  |---|---|
  | Name | Marcus Gaskins |
  | Street Address | 4310 Varnum Place, NE |
  | City and County | Washington |
  | State and Zip Code | District of Columbia, 20017 |
  | Telephone Number | (443)216-9851 |
  | E-mail Address | marcus.gaskins1@gmail.com |

  B.  **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | Phil Hager |
| Job or Title (if known) | Director of the Office of Planning and Zoning |
| Street Address | 2664 Riva Road |
| City and County | Annapolis, Anne Arundel |
| State and Zip Code | MD, 21401 |
| Telephone Number | (410)222-7446 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Gregorio Africa |
| Job or Title (if known) | Director of the Department of Inspections and Permits |
| Street Address | 2664 Riva Road |
| City and County | Annapolis, Anne Arundel |
| State and Zip Code | MD, 21401 |
| Telephone Number | (410)222-7790 |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | Sherri Dickerson |
| Job or Title (if known) | Director of the Office of Personnel |
| Street Address | 2660 Riva Road |
| City and County | Annapolis, Anne Arundel |
| State and Zip Code | MD, 21401 |
| Telephone Number | (410)222-7595 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Anne Arundel County Office of Planning and Zoning, in the Department of Inspections and Permits, Engineering Division |
| Street Address | 2664 Riva Road |
| City and County | Annapolis, Anne Arundel |
| State and Zip Code | MD, 21401 |
| Telephone Number | (410)222-7790 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☒ Relevant state law *(specify, if known)*:
Defendants engated in unlawful discriminatory employment practices in violation of Title 20, Subtitle 6 of the State Government Article, Annotated Code of Maryland

☐ Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☒ Other acts *(specify)*: Sex discrimination, unequal wages, harassment, hostile work environment, discharge, suspension

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) 04/01/2017 and the latest act was on 01/12/2018

C. I believe that defendant(s) *(check one)*:
- ☐ is/are still committing these acts against me.
- ☒ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- ☐ race
- ☐ color
- ☒ gender/sex    Male
- ☐ religion
- ☐ national origin
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Issues: Unequal Wages, Harassment, Hostile Work Environment, Discharge, Suspension.
I believe that I was discriminated against based on my sex, male, and in retaliation for opposing discriminatory activity in the workplace because:
I began my employment on August 25, 2016, as an Engineer III. My immediate supervisor was David Braun, Engineer Manager. My work performance was satisfactory and I had no disciplinary actions.
In April 2017, I became aware that two of my female co-workers, Monet Lea and Sara Fowler, both earned a significantly higher salary than me although they had less experience.
On May 6, 2017, I presented information to support my discovery to Mr. Braun and Marcia Porter, Human Resource. I complained of discrimination due to sex and requested a desk audit in order to re-evaluate my salary.
On May 11, 2017, Mr. Braun advised me that I needed to get my Professional Engineer license in order of him to request a pay increase on my behalf. I am away that Ms. Lea did not possess an engineer license either. Beyond this point, my desk audit was not discussed any further and I never received a salary increase that matched my female co-workers.
On August 23, 2017, I received an unsatisfactory annual evaluation. Prior to my complaint of discrimination, I was never made aware of any performance issues. Therefore, I believe this was an act of retaliation.
On August 27, 2017, I filed another complaint of discrimination based on retaliation. Subsequent to my complaint, Mr. Braun began to harass me by scrutinizing my work performance and I was given additional work duties.
On September 25, 2017, I became aware that the result of my discrimination complaint was concluded as "no probable cause." However, my evaluation was changed to a satisfactory rating.
On September 27, 2017, I was placed on a Performance Improvement Plan. On or about October 16, 2017, I filed another complaint of discrimination due to retaliation. Following my complaint, the harrassment became more severe as I was verbally reprimanded for frivolous infractions, which caused a hostile work environment.
On December 7, 2017, I requested leave for a personal emergency and my request was granted by Mr. Braun. I completed time sheets and had them approved prior to my leave to submit upon my return. Upon my return on December 26, 2017, the completed time sheets and leave slip were not in my desk so I re-did and submitted them.
On December 27, 2017, I was suspended pending termination allegedly for being untruthful about my leave and falsifying information on an employment application that I submitted to another agency.
On January 12, 2018, my employment was terminated and my unemployment was blocked for the first attempt to obtain unemployment.
I believe that any reason the defendants give for the unequal wages, harassment, hostile work environment and discharge is a pretext to discriminate against me due to my sex and in retaliation for opposing a discriminatory activity in the workplace.

I solemnly affirm under the penalty of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV.  **Exhaustion of Federal Administrative Remedies**

    A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

03/23/2018

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)* 2/19/2019

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The remedies I am seeking are:
1.) Clear my name;
2.) Destroy all negative documentation against me;
3.) Place my status into rehirable status
4.) $500,000 for hardships, pain and suffering, and discrimination
5.) Payment made in a lump sum payment; and
6.) Discriminating parties reprimanaded and/or removed from Anne Arundel County, especially Eva Kerchnet (Assistant Director)
I have experienced many hardships due to what Anne Arundel County Personnel and Management have done to me. For the agency to only be required to make a payment to me would not right the wrongs they have done. It would help me to move on though. Thanks to the Maryland Civil Rights Commission for their help.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**A.   For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   7/29/2019

Signature of Plaintiff   *Marcus C. Gaskins*
Printed Name of Plaintiff   Marcus C. Gaskins

**B.   For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address