IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARCUS GASKINS | : | |
|     Plaintiff, | : | |
| v. | : | Case No. 19-2313 (EGS) |
| PHIL HAGER, *et al.* | : | |
|     Defendants. | : | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### **REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**

COME NOW the Defendants, Phil Hager, Gregorio Africa and Sherri Dickerson, by and through undersigned counsel, and pursuant to Fed. R. Civ. Pro. 12 (b)(3), and (6), and Local Rule 7 (d), and file this Reply to Plaintiff's Opposition to Motion to Dismiss and state for cause to this Honorable Court:

1. The Defendants moved to dismiss this claim on September 4, 2019 on the grounds of untimeliness and improper venue. (ECF No. 3).

2. On January 14, 2020 this Court ordered that the Plaintiff respond to the Motion to Dismiss by February 7, 2020 or the Court "may grant the motion as conceded and dismiss the complaint." (ECF No. 4).

3. On February 7, 2020 the Plaintiff filed an "Objection to Motion to Dismiss and Submittal of Supportive Documents." (ECF No. 5).

4. The Plaintiff has not addressed either of the Defendants' arguments regarding untimeliness filing pursuant to 42 U.S.C. § 2000e-5(f)(1) or improper venue pursuant to 28 U.S.C. § 1391 (b)(1) and (2).

5. As this Court stated in its January 14, 2020 Order, "the Court may consider on the merits any motion or argument made within it that is not opposed within the time limits below." (ECF No. 4 p. 2).

6. The Court of Appeals has held that Local Rule 7 (b) (regarding the treating of a motion as conceded) "is understood to mean that if a party files an opposition to a motion and therein addresses only some of the movant's arguments, the court may treat the unaddressed arguments as conceded." *Wannall v. Honeywell, Inc.* 775 F.3d 425, 428 (D.C. Cir. 2014).

7. The Court should treat as conceded the arguments that the Complaint was not timely filed under 42 U.S.C. § 2000e-5(f)(1) and that venue is improper pursuant to 28 U.S.C. § 1391 (b)(1) and (2). The Court should further treat as conceded the argument that it is not in the interests of justice to transfer this case to another jurisdiction.

WHEREFORE the Defendants respectfully request this Court enter an Order granting their Motion to Dismiss and dismissing the case with prejudice, and for such other and further relief as justice and their cause may require.

Respectfully submitted,

*Hamilton F. Tyler*
Hamilton F. Tyler, Esq., #433122
Deputy County Attorney
Anne Arundel County Office of Law
2660 Riva Road, 4th Floor
Annapolis, Maryland 21401
(410) 222-7888
htyler@aacounty.org

*Attorney for the Defendants*

{00292662.DOCX; 1}

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 14th day of February, 2020, I filed, via this Court's ECF electronic filing system, a copy of the foregoing Reply to Plaintiff's Opposition to Motion to Dismiss, which will make service upon all persons so entitled. I also mailed, via first-class mail postage prepaid, copies to:

Marcus Gaskins
4310 Varnum Place, NE
Washington, DC 20017

Plaintiff *pro se*

    *Hamilton F. Tyler*
    Hamilton F. Tyler, Esq.