## FOR THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
-----------------------------------------------------
Marcus C. Gaskins,                        )
                                          )
              Plaintiff,                   )
                                          )
v.                                        )          Civil No. 19-2313 (EGS)
                                          )
Phil Hager, et al.,                       )
                                          )
              Defendants.                  )
                                          )
                                          )
-----------------------------------------------------
```

April 14, 2020

### PLAINTIFF'S CERTIFICATION OF SERVICE FOR SUMMONS DOCUMENTS & REQUEST FOR ADDITIONAL TIME TO SERVE

The above-referenced Plaintiff, Marcus Gaskins, submitted a request for additional time to serve on Mach 12, 2020.  The Plaintiff humbly requests the honorable Emmet G. Sullivan, United States District Judge, to allow additional time to serve the above-referenced Defendants.  The initial summons documents were received sometime between the last request and this request to my current PO Box identified as Post Office Box 4507, Washington, DC 20017.  This request is being made due to the travel restrictions and complications of the current COVID-19 pandimec.  The current pandimec is making travel and many other aspects of normal life difficult and almost impossible. The summons were sent to all Defendants on April 14, 2020, and the government offices may be closed due to the pandemic.  This request will not hinder the case in any way.

Marcus C. Gaskins, Plaintiff
PO Box 4507
Washington, DC 20017



## CERTIFICATE OF SERVICE

2/2

I hereby certify that a true and correct copy of the foregoing "Plaintiff's Certification of Service of Summons Documents & Request for Additional Time to Serve" was sent by certified mail, postage prepaid, on the April 14. 2020, upon:

1.) Anne Arundel County Government
    Attn: Current Personnel Director/HR Director
    2660 Riva Road, #100
    Annapolis, MD 21401
2.) Equal Employment Opportunity Commission
    31 Hopkins Plaza # 1432
    Baltimore, MD 21201
3.) USDOJ Civil Rights Division
    950 Pennsylvania Avenue, N.W.
    Karen Ferguson, EMP, PHB, Room 4701
    Washington, DC 20530

Very Respectfully,

Marcus C. Gaskins
PO Box 4507
Washington, DC 20017